*93 N. J. L.*     Cumberland County Gas Co. v. Simmerman.

"The only remaining matter involved in the case was the ruling with regard to the soldier vote, and, as this was in favor of prosecutor and our decision turns on other grounds, it needs no discussion at this time.

"The writ will be dismissed."

For the appellant, *Collins & Corbin.*

For Northampton township, *V. Claude Palmer.*

For Charles Lamb, *Harry Heher.*

---

CUMBERLAND COUNTY GAS COMPANY, APPELLANT, v. WILBERT J. SIMMERMAN, COLLECTOR, &c., RESPONDENT.

Argued June 20, 1919—Decided November 17, 1919.

On appeal from the Supreme Court, whose opinion is reported in 92 *N. J. L.* 361.

For the appellant, *Lewis Starr.*

For the respondent, *Louis H. Miller.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, JJ. 13.

*For reversal*—None.